IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David L Kurtz, et al., | No. CV-19-00152-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Goodyear Tire & Rubber Company, | |
| Defendant. | |

Pending before the Court is Defendant's Motion for Leave to Exceed the Presumptive Page Limit (Doc. 8). After review of the lodged Motion to Dismiss (Doc. 9), the Court notes that Defendant has failed to comply with LRCiv 12.1(c) and the motion to dismiss would be summarily stricken. Therefore, the Court will deny the motion to exceed the page limit and the lodged motion will not be filed.

**IT IS HEREBY ORDERED** that the Motion for Leave to Exceed the Presumptive Page Limit (Doc. 8) is denied without prejudice.

Dated this 21st day of February, 2019.

G. Murray Snow
Chief United States District Judge