# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David L Kurtz, et al., | No. CV-19-00152-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Goodyear Tire & Rubber Company, | |
| Defendant. | |

**IT IS HEREBY ORDERED** granting the Stipulation for Extension (Doc. 16). Plaintiffs shall have an extension to and including **April 15, 2019** in which to file a response to the pending Motion to Dismiss (Doc. 15).

Dated this 5th day of March, 2019.

G. Murray Snow
Chief United States District Judge